Stenson Landscape Irrigation, Inc.  Payroll Feb 2024

| Employee | Rate/hr | Class | Weekly |
|---|---|---|---|
| Haseloff, Nicholas | | 68900 | $ 1,425.00 |
| Lawhorn, Brandon A | | 68900 | $ 900.00 |
| Rodriguez Aguilera, Eleuterio | | 68900 | $ 1,800.00 |
| Starnes, Craig A | | 68900 | $ 1,050.00 |
| Urdiera, Erick | | 68900 | $ 1,300.00 |
| Benson, Jacob W | $ 19.00 | 69800 | $ 760.00 |
| | | | |
| Doyle, James | | 68901 | $ 1,750.00 |
| Doyle, Tracy | | 68901 | $ 1,730.77 |
| | | | |
| Barnett, Hunter | | 68902 | $ 1,000.00 |
| Brito, Flor G | | 68902 | $ 869.23 |
| Doyle, Taylor | | 68902 | $ 842.31 |
| John, Raju | | 68902 | $ 1,538.46 |
| | | | |
| Chavez Ayala, Antonio | $ 25.00 | CH-41012 | $ 1,000.00 |
| Ibarra, Juan | $ 23.00 | CH-41012 | $ 920.00 |
| Lopez Garcia, Martin | $ 19.00 | CH-41012 | $ 760.00 |
| Nunez, Alejandro | | CH-41012 | $ 1,050.00 |
| Ramirez, Angel | $ 19.50 | CH-41012 | $ 780.00 |
| Rangel, Juan | $ 17.00 | CH-41012 | $ 680.00 |
| Reyes Guardado, Edwin | $ 19.00 | CH-41012 | $ 760.00 |
| | | | |
| Alonso, Hipolito | $ 18.00 | CI-41011 | $ 720.00 |
| Carcamo, Marvin S | | CI-41011 | $ 1,100.00 |
| Gonzalez, Omar Rafael | $ 18.00 | CI-41011 | $ 720.00 |
| Lopez, Shawn | $ 18.50 | CI-41011 | $ 740.00 |
| Medina, Luismel | $ 15.00 | CI-41011 | $ 600.00 |
| Pantoja, Daniel | $ 20.00 | CI-41011 | $ 800.00 |
| Ruiz, Alfredo | $ 16.00 | CI-41011 | $ 640.00 |
| Villafana Rangel, Armando | | CI-41011 | $ 950.00 |
| | | | |
| Aldava, Juan | $ 17.00 | CL-41010 | $ 680.00 |
| Cano, Juan | $ 17.00 | CL-41010 | $ 680.00 |
| Contreras, German | $ 17.00 | CL-41010 | $ 680.00 |
| Contreras, Jesus | | CL-41010 | $ 1,000.00 |
| Deciga Ramirez, Noe | $ 18.00 | CL-41010 | $ 720.00 |
| Filomeno Yanez, Mario | $ 18.00 | CL-41010 | $ 720.00 |
| Gamino, Luis | $ 18.00 | CL-41010 | $ 720.00 |
| Garcia, Jose Daniel | $ 16.00 | CL-41010 | $ 640.00 |
| Gonzalez, Rosalio | $ 17.50 | CL-41010 | $ 700.00 |
| Hernandez*, Miguel | $ 17.00 | CL-41010 | $ 680.00 |

6:05 PM  11/18/23  Accrual Basis  Stenson Landscape Irrigation, Inc. Profit Loss Monthly Budget

| Employee | Rate/hr | Class | Weekly |
|---|---|---|---|
| McElwee, Grant | $ 20.00 | CL-41010 | $ 800.00 |
| Mendoza Ortiz, Diego | $ 15.00 | CL-41010 | $ 600.00 |
| Mendoza, Alfredo | $ 17.00 | CL-41010 | $ 680.00 |
| Miller, Kenneth | $ 20.00 | CL-41010 | $ 800.00 |
| Montenegro, Jesus A | $ 16.00 | CL-41010 | $ 640.00 |
| Montenegro, Jose Juan | $ 16.00 | CL-41010 | $ 640.00 |
| Moreno Espinoza, Jose |  | CL-41010 | $ 1,050.00 |
| Reyes, Santiago M | $ 16.00 | CL-41010 | $ 640.00 |
| Rosas, Alexis | $ 18.00 | CL-41010 | $ 720.00 |
| Torres, Ramon |  | CL-41010 | $ 1,100.00 |
| Tox Lajuj, Henry Oliverio | $ 15.00 | CL-41010 | $ 600.00 |
| Vega Caastillo, Jose Angel | $ 15.00 | CL-41010 | $ 600.00 |
|  |  |  | $ 43,275.77 |
| payroll taxes 7.65 + 1 |  |  | $ 16,221.20 |